# EXHIBIT A

Abrahamsen, Conaboy & Abrahamsen, P.C.
Edwin A. Abrahamsen, Jr., Esquire
1006 Pittston Avenue
Scranton, PA 18505
570-348-0200
570-348-0273 (fax)
cabrahamsen@law-aca.com

| | | |
|---|---|---|
| JEROME LAMA | : | IN THE COURT OF COMMON PLEAS |
| 555 Cortez Road | : | OF LUZERNE COUNTY |
| Jefferson Township, PA 18436 | : | |
| | : | CIVIL ACTION LAW |
| Plaintiff | : | |
| | : | JURY TRIAL DEMANDED |
| vs. | : | |
| | : | |
| PROGRESSIVE INSURANCE COMPANY: | | |
| 2200 Stafford Avenue, Suite 300 | : | |
| Scranton, PA 18505 | : | |
| | : | |
| Defendant | : | No.: 202312203 |

## NOTICE

    **YOU HAVE BEEN SUED IN COURT.** If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

    **YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

**North Penn Legal Services, Inc.**
33 N. Main Street, Suite 200
Pittston, PA 18640
570-299-4100
877-953-4250

**Lawyer Referral Service**
Pennsylvania Bar Assoc.
P.O. Box 186
Harrisburg, PA 17108
800-692-7375

Abrahamsen, Conaboy & Abrahamsen, P.C.
Edwin A. Abrahamsen, Jr., Esquire
1006 Pittston Avenue
Scranton, PA 18505
570-348-0200
570-348-0273 (fax)
cabrahamsen@law-aca.com

| | | |
|---|---|---|
| JEROME LAMA | : | IN THE COURT OF COMMON PLEAS |
| 555 Cortez Road | : | OF LUZERNE COUNTY |
| Jefferson Township, PA 18436 | : | |
| | : | CIVIL ACTION LAW |
| Plaintiff | : | |
| | : | JURY TRIAL DEMANDED |
| vs. | : | |
| | : | |
| PROGRESSIVE INSURANCE COMPANY | : | |
| 2200 Stafford Avenue, Suite 300 | : | |
| Scranton, PA 18505 | : | |
| | : | No.:  202312203 |
| Defendant | : | |

## COMPLAINT

AND NOW COMES the Plaintiff, Jerome Lama, by and through counsel, Abrahamsen,

Conaboy & Abrahamsen, P.C., and hereby complains of the above-referenced Defendant as follows:

1.      The Plaintiff, Jerome Lama, is an adult and competent individual who currently

resides at 555 Cortez Road, Jefferson Township, Lackawanna County, Pennsylvania.

2.      The Defendant, Progressive Insurance Company, hereinafter "Progressive", is a

business entity authorized to conduct business and to issue policies of insurance in the

Commonwealth of Pennsylvania and regularly conducts business in Monroe County, Pennsylvania.

3.      At all times material and relevant hereto, Progressive maintained an office at 2200

Stafford Avenue, Suite 300, Scranton, Lackawanna County, Pennsylvania.

4.      On or about December 2, 2021, the Plaintiff, Jerome Lama was stopped on Blackman

Street in Wilkes-Barre, Luzerne County, Pennsylvania waiting for a car in front of him to turn left

when suddenly and without warning the tortfeasor, Maria Sosa, failed to stop with traffic and violently rear-ended Plaintiff's vehicle causing him to be pushed into the motor vehicle in front of him thereby causing the Plaintiff to sustain serious bodily injuries.

5.    At all times material and relevant to this Complaint, the tortfeasor, Maria Sosa, was negligent and at fault for striking the Plaintiffs' vehicle and causing the collision, thereby resulting in serious and permanent injuries and damages.

6.    As a direct and proximate result of the negligence of the tortfeasor, Plaintiff, Jerome Lama, suffered and will continue to suffer from severe and permanent injuries, including but not limited to injury to his neck, left shoulder, and low back, as well as other various injuries, bruises and concussions about his body, all of which may be permanent in nature.

7.    As a direct and proximate result of the negligence of the tortfeasor, Jerome Lama was required and will continue to require medical care and treatment, physical therapy, x-rays, diagnostic testing, surgery, and use of pain medications.

8.    As a direct and proximate result of the negligence of the tortfeasor, Jerome Lama, has incurred medical expenses and will continue to incur medical expenses for the care and treatment of his injuries for a long and indefinite time in the future.

9.    As a direct and proximate result of the negligence of the tortfeasor, the Plaintiff, Jerome Lama, has suffered and will continue to suffer from pain, discomfort, inconvenience, anxiety, embarrassment, the ability to engage in his ususal daily activities and depravation of ordinary and useful enjoyment of life and life's pleasures.

10.    At the time of the collision, the Plaintiff, Jerome Lama, was the driver of an automobile which he owned, which was insured by Progressive under Policy Number 952504150.

A copy of the Progressive Insurance policy is not attached hereto as the same is in the possession of the Defendant.

11.     At the time the Plaintiff purchased said policy, he elected to purchase bodily injury limits in an amount greater than the minimum coverage required by the Commonwealth of Pennsylvania, in order to protect the financial integrity of persons who may suffer bodily injuries as a result of the Plaintiff's negligence while operating a vehicle.

12.     As a result of the Plaintiff's selection of bodily injury limits in an amount greater than the minimum coverage required by law, he paid and Defendant accepted increased premium payments.

13.     At the time the Plaintiff purchased said policy, he elected to purchase underinsured motorist benefits.  As a result of the Plaintiff's underinsured motorist benefits, he paid and Defendant accepted, increased premium payments.

14.     At the time the Plaintiff purchased said policy, he believed and intended that any and all disputed underinsured motorist claims arising under the policy would be resolved amicably.

15.     On or about August 2, 2023, counsel for Plaintiff provided Defendant, Progressive, with a detailed settlement demand letter along with medical records evidencing the extent of the care and treatment of the Plaintiff's injuries and perspective medical care.

16.     The medical records and other information provided clearly established the Jerome Lama suffered and continues to suffer from serious injuries as a result of the collision on December 2, 2021.

17.     Defendant made a nominal offer to settle the underinsured motorist claim.

18.     Plaintiff rejected Defendant's settlement offer.

19.     To date, Defendant has offered no additional money and failed to objectively evaluate this claim.

## COUNT I

### JEROME LAMA
#### vs
### PROGRESSIVE INSURANCE COMPANY

### BREACH OF CONTRACT

20.     Plaintiff incorporates herein by reference the averments contained in paragraphs one (1) through nineteen (19) inclusive hereof as if same were fully set forth herein at length.

21.     Plaintiff has fully complied with all the terms, conditions, and duties required under the policy.

22.     Defendant, Progressive, has failed to objectively and fairly to evaluate the Plaintiff's claim.

23.     Defendant, Progressive, has failed to promptly offer reasonable value of the claim to the Plaintiff.

24.     Defendant, Progressive, failed reasonably to investigate Plaintiff's claims inasmuch as a thorough and proper inquiry would have revealed that the Plaintiff, Jerome Lama, sustained severe and permanent injuries, including but not limited to injury to his neck, left shoulder and low back.

25.     As the insurer of the Plaintiff, Defendant, Progressive, owes a fiduciary, contractual and statutory obligation to them to investigate, evaluate and negotiate their underinsured motorist claim in good faith and arrive at a prompt, fair and equitable settlement.

26.     For the reasons set forth above, Defendant, Progressive, has violated its obligations

under the policy of insurance.

WHEREFORE, the Plaintiff, Jerome Lama, requests that this Honorable Court grant judgment in his favor and against the Defendant, Progressive Insurance Company, in the sum in excess of Fifty Thousand ($50,000.00) Dollars together with compensatory damages, punitive damages, interest, cost of suit, attorney's fees, and such other relief as this Honorable Court deems just and proper.

Respectfully Submitted,

Abrahamsen, Conaboy & Abrahamsen, P.C.

By: _____

Edwin A. Abrahamsen, Jr., Esquire
Attorney ID No.: 92851

1006 Pittston Avenue
Scranton, PA 18505
(570) 348-0200
cabrahamsen@law-aca.com

## VERIFICATION

I, JEROME LAMA, do hereby make this Verification and state that the statements made in the COMPLAINT are true and correct to the best of my knowledge, information and belief.  I understand that false statements made therein are subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

11/16/2023
DATE

JEROME LAMA

Abrahamsen, Conaboy & Abrahamsen, P.C.
Edwin A. Abrahamsen, Jr., Esquire
1006 Pittston Avenue
Scranton, PA 18505
570-348-0200
570-348-0273 (fax)
cabrahamsen@law-aca.com

| | | |
|---|---|---|
| JEROME LAMA, | : | IN THE COURT OF COMMON PLEAS |
| | : | OF LACKAWANNA COUNTY |
| Plaintiff | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| PROGRESSIVE INSURANCE COMPANY | : | |
| | : | |
| Defendant | : | No.: _____ |

## CERTIFICATE OF COMPLIANCE

I, Edwin A. Abrahamsen, Jr., Esquire, certify that this filing complies with the provisions of

the *Public Access Policy of the Unified Judicial System of Pennsylvania Case Records of the*

*Appellate and Trial Courts* that require filing confidential information and documents differently

than non-confidential information and documents.

Respectfully Submitted,

Abrahamsen, Conaboy & Abrahamsen, P.C.

By: _____

Edwin A. Abrahamsen, Jr., Esquire
Attorney ID No.: 92851

1006 Pittston Avenue
Scranton, PA 18505
(570) 348-0200
cabrahamsen@law-aca.com