IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME LAMA, | : | CIVIL NO. 3:23-CV-2142 |
| | : | |
| Plaintiff | : | JUDGE SAPORITO |
| | : | |
| v. | : | |
| | : | |
| PROGRESSIVE INSURANCE COMPANY, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 12th day of September, 2024, counsel for plaintiff having notified the Court that the above-captioned action has settled (Doc. 17), **IT IS HEREBY ORDERED THAT** this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated. The Clerk of Court shall note the docket of this action accordingly.

JOSEPH F. SAPORITO, JR.
United States District Judge